IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cr-00121-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD KIRK MAYNOR | ) | |

On February 1, 2018, Richard Kirk Maynor ("Maynor"), a federal inmate at F.C.I. Butner, filed pro se a letter stating that, although he successfully completed the Residential Drug Abuse Treatment Program, his "halfway house time has been taken" away through "no fault of [his] own." See [D.E. 61].

Liberally construed, this letter appears to allege that the Bureau of Prisons improperly denied Maynor a sentence reduction to which he was entitled under 18 U.S.C. § 3621(e)(2)(B). If Maynor has exhausted his available administrative remedies, this claim may properly be raised by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2241. See United States v. Little, 392 F.3d 671, 679 (4th Cir. 2004) (noting a federal prisoner's "request for sentencing credit is properly brought under § 2241"); McClung v. Shearin, 90 F. App'x 444, 445 (4th Cir. 2004) (per curiam) ("Federal prisoners must exhaust their administrative remedies prior to filing § 2241 petitions.").

Accordingly, the court DIRECTS the clerk to send Maynor the requisite paperwork for filing a section 2241 habeas petition.

SO ORDERED. This __3__ day of February 2019.

TERRENCE W. BOYLE
Chief United States District Judge